UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:13cR-135-NT |
| ) | |
| OTTO MORALES-CABALLEROS ) | |
| ) | |

## PROSECUTION VERSION

If this case were to proceed to trial, the government would prove that the Defendant, for the purpose of satisfying a requirement of the so-called "I-9" employment verification system, used an identification document that he knew was false. The government would prove the following facts through witness testimony and documentary evidence.

Employment Verification System

Under federal law, before beginning to work in the United States, every prospective employee must complete a Form I-9, or Employment Eligibility Verification form. Section 1 of a Form I-9 elicits information from the employee. The employee's name, address, date of birth and social security number are required. Additionally, the employee must sign Section 1 and attest under penalty of perjury that the employee is either a citizen or national of the United States, a lawful permanent resident, or an alien authorized to work in the United States. If the employee checks that he or she is a lawful permanent resident or an alien authorized to work, an Alien Number ("A number") or Admission number must be provided by the employee.

An employee is also required to present documents to his or her employer verifying the employee's identity and eligibility to work in the United States. The employer is required to examine the employee's documents and indicate which documents are being relied upon to determine eligibility to work. The employer is also required to certify that the employer has

examined the documents presented by the employee and that they appear to be genuine. The employer is to sign and date the Form I-9 and provide identifying information. Employers are required by law to retain the Form I-9 for three years after the date the person begins to work or one year after the person's employment is terminated, whichever is later.

The requirements of the employment eligibility verification process described above are set out in section 274A(b) of the Immigration and Nationality Act, which is found at Title 8, United States Code, Section 1324a(b).

### The Defendant's Background

The Defendant is a Guatemalan citizen who has never resided legally in the United States. He has never been assigned a social security number by the Social Security Administration, nor has he ever been assigned an A number by United States immigration authorities.

### 2012 Application

On September 20, 2012, the Defendant submitted an application for employment with Labor to Labor Staffing in Portland. As part of the application process, the Defendant completed a Form I-9. On the I-9, the Defendant represented that his name was Girardo Morales, and provided A number xxx-xxx-442. He also represented that he was a citizen of the United States. The Defendant made these representations knowingly and with the intent to deceive, for the purpose of securing employment.

Also as part of the I-9 process, the Defendant presented a social security card bearing the name Girardo Morales and the number xxx-xx-8134; and a Permanent Resident card bearing the name Girardo Morales, the number xxx-xxx-442, and the Defendant's photograph, to a Labor to

Labor employee to establish his identity and employment eligibility. Photocopies were made of both documents and retained by Labor to Labor. Both of the documents submitted by the Defendant were falsely made, and the Defendant knew they were falsely made.

                                              Respectfully submitted,

                                              Craig M. Wolff
                                              Assistant U.S. Attorney

Dated: July 19, 2013

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2013, I hand filed this **Prosecution Version** with the Clerk of Court. I also provided a copy via electronic mail to the following:

**Jonathan M. Goodman, Esq.**
**jgoodman@troubhheisler.com**

Thomas E. Delahanty II
United States Attorney

_____
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov